**No. 62493.**—Trans World Shipping Corp. *v.* United States, protest 324611–K (New York).

Opinion by Johnson, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely under section 514, Tariff Act of 1930.